# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: 38TH JUDICIAL DISTRICT - : No. 29 MM 2020
REQUEST FOR EMERGENCY JUDICIAL :
ORDER (MONTGOMERY COUNTY) :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 2nd day of September, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s) is GRANTED, IN PART.

  The President Judge of the Court of Common Pleas of Montgomery County is AUTHORIZED to suspend, on a temporary basis, Pa.R.C.P.M.D.J. Nos. 209 and 515-519 (regarding eviction proceedings). The President Judge has the authority to suspend those rules through October 31, 2021, and no further extensions will be granted.

  In all other respects, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s) is DENIED.

  Justice Donohue dissents to the grant of the Request.